■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY KEATING, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of robbery in the first degree and argues that the court committed reversible error by denying defense counsel's motion to preclude the prosecutor from cross-examining defendant about pending charges. Defense counsel asserts the privilege against self-incrimination for the first time on appeal and thus has failed to preserve this issue for our review (see, People v Pavao, 59 NY2d 282, 292, n 3; cf., People v Betts, 70 NY2d 289), and we decline to reach it in the interest of justice.

We have examined defendant's remaining arguments on appeal and find them lacking merit. (Appeal from judgment of Supreme Court, Erie County, Kubiniec, J.—robbery, first degree.) Present—Denman, J. P., Green, Pine, Lawton and Lowery, JJ.